JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JASON L. FERRILL, | ) | No. CV 07-6844-CJC (AGR) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| A. MALFI, Warden, | ) | |
| Respondent(s). | ) | |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: July 13, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE