JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JASON L. FERRILL,<br><br>    Petitioner,<br><br>  v.<br><br>A. MALFI, Warden,<br><br>    Respondent(s). | No. CV 07-6844-CJC (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: November 10, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE